### ENVIRONMENTAL SAFETY CONSULTANTS, INC., Appellant

v.

### Sean J. STACKLEY, Acting Secretary of the Navy, Appellee

2016-1260

United States Court of Appeals, Federal Circuit.

June 7, 2017

Francis Omoh Kadiri, Francis O. Kadiri, LLC, Stone Mountain, GA, for appellant.

Aaron Woodward, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, for appellee. Also represented by Anna Bondurant Eley, Martin F. Hockey, Jr., Robert E. Kirschman, Jr., Benjamin C. Mizer; Ellen M. Evans, Office of the General Counsel, Naval Litigation Office, United States Department of the Navy.

(Moore, Reyna, and Stoll, Circuit Judges).

### JUDGMENT

Per Curiam

This Cause having been heard and considered, it is Ordered and Adjudged:

**AFFIRMED. *See* Fed. Cir. R. 36.**